for failure to prosecute in accordance with the rules.

**Mark J. DOYLE, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 2007–3326.

United States Court of Appeals, Federal Circuit.

Nov. 9, 2007.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is ·

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.